**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02016-RPM-KMT

TRAVIS LUJAN,

    Plaintiff,

v.

CLIENT SERVICES, INC., a Missouri corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case and all claims asserted therein is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

October 14th, 2010

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge